WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELA MEZA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; THE GOLDMAN SACHS GROUP, INC.; FIRST BANK & TRUST; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, N.A. AND DISCOVER FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No.  2:25-cv-00744-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Bank of America, N.A. ("Defendant or BANA"), hereby submits its Unopposed Motion to Extend Time for BANA to Respond to Plaintiff's Complaint through June 26, 2025.  This is BANA's first request for extension of time.

On April 29, 2025, Plaintiff filed her Complaint [ECF No. 1].  BANA was served with Plaintiff's Complaint on or about May 5, 2025, making BANA's deadline to respond May 27, 2025, due to May 26, 2025, falling on a court holiday (Memorial Day).  BANA and Plaintiff have discussed an extension of time for BANA to respond to Plaintiff's Complaint to complete its investigation of the allegations and to facilitate early resolution.  Plaintiff does not object to an extension of time through June 26, 2025.

1   This is the first request for an extension of time for BANA to file its responsive pleading. The
2   extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

3   DATED:  May 22, 2025                                **WRIGHT FINLAY & ZAK, LLP**

By: */s/ Jory C. Garabedian*
    Jory C. Garabedian, Esq.
    Nevada Bar No. 10352
    *Attorney for Defendant*
    *Bank of America, N.A.*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 23, 2025

2