Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, National Association"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRABRIELA MEZA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; THE GOLDMAN SACHS GROUP, INC.; FIRST BANK & TRUST; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, NATIONAL ASSOCIATION AND DISCOVERY FINANCIAL SERVICES, INC.,<br><br>Defendants. | CASE NO.:   2:25-CV-00744-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Gabriela Meza Silva ("Plaintiff") and Defendant Capital One, N.A., erroneously sued as "Capital One Bank, National Association," ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1. On or about April 29, 2025, Plaintiff filed the Complaint in the above-captioned action;

2. On or about May 6, 2025, Capital One was served with the Summons and Complaint;

3. On May 21, 2025, counsel for Capital One reached out to Plaintiff's counsel to

1  request that the parties agree to extend Capital One's deadline to file a responsive pleading while
2  it continues to gather further information regarding Plaintiff's claims in anticipation of exploring
3  the potential of an early resolution;

4      4.    On May 23, 2025, the Parties agreed that good cause exists to extend the deadline
5  for Capital One to file its responsive pleading to the Complaint to June 26, 2025;

6      5.    This stipulation is made in good faith and not for the purpose of delay; and

7      6.    This is the first stipulated request to extend Capital One's responsive pleading
8  deadline.

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

10  Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended.
11  Capital One shall file its responsive pleading on or before June 26, 2025.

13  DATED this 23rd day of May, 2025.       DATED this 23rd day of May, 2025.

14  McDONALD CARANO LLP       FREEDOM LAW FIRM, LLC

16  By: */s/ Karyna M. Armstrong*       By: */s/ Gerardo Avalos*
    Aaron D. Shipley (NSBN 8258)       George Haines (NSBN 9411)
17      Karyna M. Armstrong (NSBN 16044)       Gerardo Avalos (NSBN 15171)
    2300 West Sahara Avenue, Suite 1200       8985 South Eastern Ave., Ste. 100
18      Las Vegas, Nevada 89102       Las Vegas, NV 89123

19  *Attorneys for Defendant Capital One,*       *Attorneys for Plaintiff Dexter McCastle*
    *N.A. erroneously sued as "Capital One*
20      *Bank, National Association"*

22      **IT IS SO ORDERED**:

25  _____
    UNITED STATES MAGISTRATE JUDGE

27  DATED: May 23, 2025

2