1    Abran E. Vigil
Nevada Bar No. 7548
2    David E. Chavez
Nevada Bar No. 15192
3    BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4    Las Vegas, Nevada 89135
Telephone: 702.471.7000
5    Facsimile: 702.471.7070
vigila@ballardspahr.com
6    chavezd@ballardspahr.com

7    *Counsel for Defendant Discover Bank*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| Gabriela Meza Silva, | Case No.: 2:25-cv-00744-EJY |
| Plaintiff, | **Joint Motion to Extend Time to Respond to Complaint** |
| vs. | **First Request** |
| Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; American Express Company; The Goldman Sachs Group, Inc.; First Bank & Trust; Bank of America, N.A.; Capital One Bank, National Association; Discover Financial Services, Inc. | |
| Defendants. | |

19    Defendant Discover Bank's ("Discover") response to Plaintiff Gabriela Meza

20    Silva's complaint is due May 27, 2025. Discover has requested, and Plaintiff has

21    agreed, that Discover has up to and including June 27, 2025, to respond to Plaintiff's

22    complaint. There is good cause for the extension because it will provide time for

23    Discover to continue investigating Plaintiff's allegations and confer with its counsel

24    regarding a response to the complaint.

25

26    [continued on following page]

27

28

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

DMFIRM #405792292v1

1    This is the first request for an extension, and it is not sought for the purposes

2 of delay.

3    BALLARD SPAHR LLP                          FREEDOM LAW GROUP

4

5    By:  /s/ David E. Chavez                   By: /s/ Gerardo Avalos
     Abran E. Vigil                             George Haines
     Nevada Bar No. 7548                        Nevada Bar No. 9411
6    David E. Chavez                            Gerardo Avalos
     Nevada Bar No. 15192                       Nevada Bar No. 15171
7    1980 Festival Plaza Drive, Suite 900       8985 S. Eastern Avenue, Suite 350
     Las Vegas, Nevada 89135                    Henderson, Nevada 89123
8    Telephone:  702.471.7000                   ghaines@freedomlegalteam.com
                                                gavalos@freedomlegalteam.com
9    *Attorneys for Defendant Discover Bank*
                                                *Counsel for Plaintiff*
10

11
                              **ORDER**
12

13

14                          IT IS SO ORDERED:

15

16

17                          _____
                            United States Magistrate Judge
18

19                          DATED:  May 28, 2025

20

21

22

23

24

25

26

27

28

2

DMFIRM #405792292v1