WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELA MEZA SILVA,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; AMERICAN EXPRESS COMPANY; THE GOLDMAN SACHS GROUP, INC.; FIRST BANK & TRUST; BANK OF AMERICA, N.A.; CAPITAL ONE BANK, N.A. AND DISCOVER FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No.  2:25-cv-00744-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant Bank of America, N.A. ("Defendant or BANA"), hereby submits its Unopposed Motion to Extend Time for BANA to Respond to Plaintiff's Complaint through July 15, 2025.  This is BANA's second request for extension of time.

On May 23, 2025, this Court entered its Order granting BANA's first request for extension of time to respond to Plaintiff's complaint through June 26, 2025. (ECF No. 16).  Since that time, BANA has been gathering information to complete its investigation in order to meaningfully respond to the allegations and engage in settlement discussions as appropriate.  However, there has been unexpected delays with acquiring necessary information, but expect those delays will be resolved during the life of this requested extension.   BANA and Plaintiff have discussed a second extension

1  of time in light of these circumstances, and Plaintiff does not object to an extension of time through
2  July 15, 2025.  The extension is requested in good faith and is not for purposes of delay or prejudice
3  to any other party.

4  DATED:  June 23, 2025                              **WRIGHT FINLAY & ZAK, LLP**

By: */s/ Jory C. Garabedian*
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
*Attorney for Defendant*
*Bank of America, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 24, 2025