Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Defendant Discover Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gabriela Meza Silva,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; American Express Company; The Goldman Sachs Group, Inc.; First Bank & Trust; Bank of America, N.A.; Capital One Bank, National Association; Discover Financial Services, Inc.<br><br>　　　　Defendants. | Case No.: 2:25-cv-00744-EJY<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant Discover Bank's ("Discover") response to Plaintiff Gabriela Meza Silva's complaint is due June 27, 2025. Discover has requested, and Plaintiff has agreed, that Discover has up to and including July 11, 2025, to respond to Plaintiff's complaint. There is good cause for the extension because it will provide time for Discover and Plaintiff to continue deliberating in an attempt to resolve Plaintiff's claims.

[continued on following page]

DMFIRM #405792292v1

1    This is the second request for an extension, and it is not sought for the purposes
2 of delay.

| BALLARD SPAHR LLP | FREEDOM LAW GROUP |
|---|---|
| By:  /s/ David E. Chavez<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone:  702.471.7000<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Gerardo Avalos<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>ghaines@freedomlegalteam.com<br>gavalos@freedomlegalteam.com<br><br>*Counsel for Plaintiff* |

<u>**ORDER**</u>

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   June 27, 2025

2