George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Gabriela Meza Silva*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gabriela Meza Silva,<br><br>                    Plaintiff,<br>         v.<br><br>Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; American Express Company; The Goldman Sachs Group, Inc.; First Bank & Trust; Bank of America, N.A.; Capital One Bank, National Association and Discover Financial Services, Inc.,<br><br>                    Defendants. | Case No.: 2:25-cv-00744<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gabriela Meza Silva and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

_____

STIPULATION                                  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 8, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Gabriela Meza Silva*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES MAGISTRATE JUDGE

DATED:  October 8, 2025

_____

STIPULATION                                              - 2 -