George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Gabriela Meza Silva*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gabriela Meza Silva,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; American Express Company; The Goldman Sachs Group, Inc.; First Bank & Trust; Bank of America, N.A.; Capital One Bank, National Association and Discover Financial Services, Inc.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00744<br><br>**Stipulation for dismissal of Bank of America, N.A. with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gabriela Meza Silva and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///

_____

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 16, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Gabriela Meza Silva*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Jory C. Garabedian*
Jory C. Garabedian, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES MAGISTRATE JUDGE

DATED: October 16, 2025.

STIPULATION                                      - 2 -