George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Gabriela Meza Silva*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| Gabriela Meza Silva, | Case No.: 2:25-cv-00744 |
| Plaintiff, | |
| v. | **Stipulation of dismissal of all claims between Plaintiff and The Goldman Sachs Group, Inc. with prejudice** |
| Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; American Express Company; The Goldman Sachs Group, Inc.; First Bank & Trust; Bank of America, N.A.; Capital One Bank, National Association and Discover Financial Services, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Gabriela Meza Silva ("Plaintiff") and Goldman Sachs Bank USA ("GS Bank"), erroneously sued as The Goldman Sachs Group, Inc., hereby stipulate to dismiss all claims between Plaintiff and GS Bank with prejudice.

_____

STIPULATION                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 10, 2026.


**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*


**KAEMPFER CROWELL**

/s/ *Sihomara L. Graves*
Sihomara L. Graves, Esq.
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135


**MORGAN, LEWIS & BOCKIUS LLP**

Keisha Sapphire Holgate, Esq.
101 Park Avenue
New York, New York 10178
*Counsel for The Goldman Sachs Group, Inc.*


IT IS HEREBY ORDERED that Defendant Goldman Sachs is dismissed with prejudice, each party to bear its own fees and costs.


IT IS FURTHER ORDERED that with this dismissal of Goldman Sachs all Defendants have been dismissed. Thus, the Clerk of Court **must** close this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 13, 2026

_____

STIPULATION                    - 2 -